# United States District Court
## for
## the District of Nevada

## REPORT ON OFFENDER
## UNDER SUPERVISION
### June 16, 2020

Name of Offender: **Jessica Oregel Rodriguez**

Case Number: **2:20CR00066**

Name of Sentencing Judicial Officer: **Honorable Sidney A. Fitzwater**

Date of Original Sentence: **August 22, 2018**

Original Offense: **Misprision of Felony**

Original Sentence: **36 Months probation**

Date Supervision Commenced: **August 22, 2018**

Date Jurisdiction Transferred to District of Nevada: **April 16, 2020**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## SUMMARY

Jessica Rodriguez has requested permission to travel to Tijuana, Mexico from June 24, 2020 to June 25, 2020. The purpose of this travel is to drive her sister-in-law to undergo surgery. If approved, she will be driving to Tijuana on June 24, 2020 and staying at the hospital, Sonora 4411, Chapultepec, Tijuana, B.C., Mexico. On June 25, 2020 she will drive back to Las Vegas. Rodriguez indicates that the travel will be at no cost to her and covered by her family.

Per her judgment, Rodriguez was required to pay her $100 mandatory penalty assessment. Rodriguez will be making this payment on June 16, 2020. Rodriguez has been otherwise compliant while on supervision and remains employed full-time. The Probation Office respectfully requests that she be permitted to travel to Mexico on the aforementioned dates. She is aware that if the Court does not authorize her travel, she must remain in the United States until she satisfactorily completes her term of supervision.

**RE: Jessica Oregel Rodriguez**

Respectfully submitted,

_____
Gabriella Mitchell
United States Probation Officer Assistant

Approved:

_____
Joy Gabonia
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

X     Requested Travel is Approved

☐     Requested Travel is Denied

☐     Other

_____
Signature of Judicial Officer

June 18, 2020
_____
Date